

*Lawrence A. Wilford*[+]
*James A. Geske*
*Eric D. Cook*
*David R. Mortensen*
*Christina M. Weber*
*Caitlin R. Dowling*
*Michael R. Sauer*
*Robert Q. Williams**
*Orin J. Kipp**

*Telephone: (651) 209-3300*
*Fax: (651) 209-3339*
*www.wgcmn.com*

ATTORNEYS AT LAW
8425 Seasons Parkway
Suite 105
Woodbury, Minnesota 55125

[+]*Real Property Specialist – Certified by*
*Minnesota State Bar Association*
*\*Also admitted in Wisconsin*

February 29, 2012

Hon. Franklin L. Noel
U.S. Magistrate Judge
District of Minnesota/United States District Cou
U.S. Courthouse, Suite 9W
300 South Fourth Street
Minneapolis, Minnesota 55415
*noel_chambers@mnd.uscourts.gov*

Re:     *Joseph A. Addie v. Ocwen Loan Servicing, LLC*
        Case No. 12-cv-00256 (DWF/FLN)
        Our File No. 024009L01

Dear Judge Noel:

Our firm represents Defendant Ocwen Loan Servicing, LLC ("Ocwen") in the above-referenced matter. This correspondence is to respectfully request the Court's consideration to continue the initial Pretrial Conference, currently scheduled for March 27, 2012, to a date after Ocwen's May 3, 2012 Motion to Dismiss has been heard and/or decided. I have contacted Plaintiff's counsel, Mr. Alhberg, and he is in agreement with this request to continue the Pretrial Conference.

Thank you for your consideration.

Very truly yours,

**WILFORD, GESKE & COOK, P.A.**

By: e/David R. Mortensen
    David R. Mortensen

cc:     Ryan H. Ahlberg, Esq.
        (via CM/ECF and electronic mail: *rhalberg@ahlberglaw.com*)